CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKe
FEB 14 2012
JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LUTHER JENKINS,<br>　　Petitioner, | Civil Action No. 7:12-cv-00052 |
| v. | ORDER |
| UNITED STATES OF AMERICA,<br>　　Respondent. | By:　Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that petitioner's amended petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DISMISSED** without prejudice; all pending motions are **DENIED as moot**; and the case is **STRICKEN** from the active docket.

ENTER: This 14th day of February, 2012.

　　　　　　　　　　　　　　　/s/ Jackson L. Kiser
　　　　　　　　　　　　　　　Senior United States District Judge